FORM 26. Docketing Statement

Form 26
December 2025

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-2212

**Short Case Caption:** CPC Patent Technologies Pty Ltd. v. HMD Global Oy

**Filing Party** CPC Patent Technologies Pty Ltd.

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether the district court erred by not setting aside its judgment against Plaintiff-Appellant thereby denying Plaintiff-Appellant leave to reintroduce a single patent claim into the litigation below where that claim had originally been asserted and later survived inter partes review filed by third parties, where Defendant-Appellee had previously provided extensive invalidity analyses directed to that claim, where the district court had construed a limitation from that claim in a co-pending litigation, and where the case had been effectively inactive for three years.

Relief awarded below (if damages, specify): ☐ None/Not Applicable

Final judgment in favor of Defendant-Appellee HMD Global Oy

Briefly describe the judgment/order appealed from:

The district court entered judgment for Defendant-Appellee, based on inter partes invalidation of '705 Patent claim 1 (Dkt. 191). Plaintiff-Appellant filed motion to set aside judgment and requesting permission to re-assert surviving claims (Dkt. 194). Plaintiff-Appellant appeals the district court's denial of that motion (Dkt. 202) and the judgment.

Nature of Judgment (select one:)

Date of Judgment: July 7, 2026

- ☒ Final Judgment, 28 USC § 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type) ____________
- ☐ Other (explain) ____________

Date: September 17, 2026

Signature: /s/ George C. Summerfield

Name: George C. Summerfield