# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

October 22, 2026

2026-2212 - CPC Patent Technologies Pty Ltd. v. HMD Global Oy

## NOTICE OF NON-COMPLIANCE

The document (Motion to Extend Time to File Brief) submitted by CPC Patent Technologies Pty Ltd. is not in compliance with the rules of this court. Within five business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The extension request does not contain the required affidavit or declaration. Fed. Cir R. 26(b)(1) (extension within 7 days of deadline); Fed. Cir. R. 26(b)(3) (extension over 14 days); Fed. Cir. R. 26(b)(4) (certification for confidentiality extension).

- The individual who signed the document has not filed an entry of appearance or attached an affidavit or declaration of signature authority. Fed. Cir. R. 32(g)(1)-(2).

- The motion does not contain the grounds and/or relief sought. A motion must state with particularity the grounds for the motion, the relief sought, and the legal argument necessary to support it. Fed. R. App. P. 27(a)(2)(A).

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover, if applicable. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: R. Lamb, Deputy Clerk