**No. 26-2212**

# United States Court of Appeals for the Federal Circuit

CPC PATENT TECHNOLOGIES PTY LTD.,
*Plaintiff-Appellant*

v.

HMD GLOBAL OY,
*Defendant-Appellee*

Appeal from the United States District Court for the Western District of Texas
Civ. No. 6:21-cv-00166

## APPELLANT'S CORRECTED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

George C. Summerfield
**K&L GATES LLP**
Suite 3708, Park Place
1601 Nanjing Road West
Jing An District, Shanghai, 200040
Telephone: +86 21.2211.2051
george.summerfield@klgates.com

Matthew A. Blair
**K&L GATES LLP**
2801 Via Fortuna Suite 650
Austin, Texas 78746
Telephone: (512) 482-6851
Matthew.Blair@klgates.com

*Attorneys for Plaintiff-Appellant CPC Patent Technologies PTY Ltd.*

October 29, 2026

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 26-2212

**Short Case Caption** CPC Patent Technologies Pty Ltd. v. HMD Global Oy

**Filing Party/Entity** CPC Patent Technologies Pty Ltd.

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/29/2026

Signature: /s/ George C. Summerfield

Name: George C. Summerfield

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| CPC Patent Technologies Pty Ltd. | | Charter Pacific Corporation Ltd. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☑ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below) ☑ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do no include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

Amanda C. Maxfield
Ben Roxborough
Darlene Ghavimi
Dhohyung Kim
James A. Shimota
Jonah Heemstra
Stewart Mesher
Elizabeth Abbott Gilman
Gregory Tyler Lewis
Melissa M. Haulcomb
Matthew A. Blair

Pursuant to Federal Circuit Rule 26(b), Appellant CPC Patent Technologies PTY Ltd. ("Appellant") respectfully requests an extension of time to file its Opening Brief. Appellant's Brief is currently due on October 30, 2026. Appellant seeks a thirty-one (31) day extension, until November 30, 2026, to file its Opening Brief. This is Appellant's first request for an extension in this Appeal. Counsel for Appellee have confirmed Appellee does not oppose the requested extension.[1]

Appellant requests additional time to accommodate lead counsel's ongoing professional commitments in other litigations. Accordingly, good cause exists for the requested extension. The attached Declaration of George C. Summerfield sets forth good cause for the requested extension.

For the foregoing reasons, Appellant respectfully requests a 31-day extension until November 30, 2026, to file its Opening Brief.

Dated: October 29, 2026

Respectfully submitted,

By: */s/ George C. Summerfield*

George C. Summerfield
**K&L GATES LLP**
Suite 3708, Park Place
1601 Nanjing Road West
Jing An District, Shanghai, 200040
Telephone: +86 21.2211.2051
george.summerfield@klgates.com

Matthew A. Blair
**K&L GATES LLP**
2801 Via Fortuna Suite 650

[1] Appellant is willing to agree to a corresponding extension for Appellee.

Austin, Texas 78746
Telephone: (512) 482-6851
Matthew.Blair@klgates.com

*Counsel for Plaintiff-Appellant CPC Patent Technologies PTY Ltd.*

**No. 26-2212**

# United States Court of Appeals for the Federal Circuit

CPC PATENT TECHNOLOGIES PTY LTD.,
*Plaintiff-Appellant*

v.

HMD GLOBAL OY,
*Defendant-Appellee*

Appeal from the United States District Court for the Western District of Texas
Civ. No. 6:21-cv-00166

**DECLARATION OF GEORGE C. SUMMERFIELD IN SUPPORT OF APPELLANT'S CORRECTED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Pursuant to 28 U.S.C. § 1746, I, George C. Summerfield, hereby declare under penalty of perjury of the laws of the United States as follows:

1. I am an attorney duly licensed and admitted to practice before this Court and a member of the law firm of K&L Gates LLP. I am counsel for Appellant CPC Patent Technologies PTY Ltd. ("Appellant") in the above-captioned appeal. I have personal knowledge of the facts set forth in this Declaration and if called upon as a witness, I could and would testify to such facts under oath.

2. This Declaration is made in support of Appellant's Corrected Unopposed Motion for Extension of Time to File Opening Brief.

3. Good cause exists for extending the time to file Appellant's Opening Brief. Lead counsel, who is primarily responsible for drafting the Opening Brief, has at least the following obligations that warrant a brief extension of 31 days:

- Dispositive motion practice for Plaintiff-Appellant in a co-pending matter styled *CPC Patent Technologies Pty Ltd. v. Apple, Inc.*, No. 3:22-cv-02553 (N.D. Cal.).

4. The requested extension is further warranted by the fact that members of the K&L Gates team who worked on the underlying District Court litigation have since departed the firm and are unavailable to assist with preparing the Opening Brief.

5. Appellant does not seek any unnecessary delay from the extension requested here, but only to ensure fully developed and appropriate arguments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2026, in Shanghai, China.

*/s/ George C. Summerfield*
George C. Summerfield

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). Excluding the portions exempted by rule, the motion contains 139 words, as counted by the word-processing software used to prepare it.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and has been prepared in a proportionally spaced typeface using Microsoft® Word and 14-point Times New Roman type.

Dated: October 29, 2026

*_/s/ George C. Summerfield_*
George C. Summerfield

*Counsel for Plaintiff-Appellant*